| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION |
| Case number *(if known)*      Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  John Hudson Farms, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  56-1828399

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 553 Rosin Hill Road <br> Newton Grove, NC 28366 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Sampson <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify:

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80a-3) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/. |
| | | _____ |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the Debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check all that apply*: |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | District _____  When _____  Case number _____ |
| | | District _____  When _____  Case number _____ |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____  Relationship to you _____ |
| | | District _____  When _____  Case number, if known _____ |

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☒ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 31, 2015
             MM / DD / YYYY

X  /s/ Phillip L. Hudson                              Phillip L. Hudson
   Signature of authorized representative of debtor   Printed name

Title  Secretary

**18. Signature of attorney**

X  /s/ Trawick H. Stubbs, Jr.                Date  December 31, 2015
   Signature of attorney for debtor                MM / DD / YYYY

Trawick H. Stubbs, Jr.
Printed name

Stubbs & Perdue, P.A.
Firm name

PO Box 1654
New Bern, NC 28563
Number, Street, City, State & ZIP Code

Contact phone  252-633-2700     Email address

4221
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | John Hudson Farms, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - FAYETTEVILLE DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Regions Bank  Attn: Manager, Agt or Officer  2700 Glenwood Avenue  Suite 200  Raleigh, NC 27612 | | See attached Exhibit B. | | $3,582,175.73 | $1,634,650.00 | $1,947,525.73 |
| Regions Bank  Attn: Manager, Agt or Officer  2700 Glenwood Avenue  Suite 200  Raleigh, NC 27612 | | Option to repurchase land sold to Monticello Investment Company (Unknown) Tobacco Crop Insurance claim ($387,000) | | $1,476,915.11 | $387,000.00 | $1,089,915.11 |
| Regions Bank  Attn: Managing Agent  PO Box 2153  Birmingham, AL 35287-2521 | | Guaranty of Phillip Hudson note | Contingent Unliquidated | | | $999,692.81 |
| Rosin Hill Farms, Inc.  Attn: Manager or Agent  553 Rosin Hill Road  Newton Grove, NC 28366 | | | | | | $784,801.70 |
| Parker Gas Co., Inc.  Attn: Manager or Agent  P.O. Box 159  Newton Grove, NC 28366 | | | | | | $222,675.91 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  John Hudson Farms, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Getsco, Inc.<br>Attn: Manager or Agent<br>P.O. Box 159<br>Middlesex, NC 27557 | | Inventory, crops, supplies and Accounts Receivable | | $203,379.89 | $0.00 | $203,379.89 |
| Cross Creek Seeds, Inc.<br>Attn: Manager or Agent<br>2000 Vass Road<br>Raeford, NC 28376 | | | | | | $127,143.68 |
| Crop Production Service<br>Attn: Manager or Agent<br>345 Pugh Road<br>Clinton, NC 28328 | | | | | | $123,437.56 |
| Farm Service Agency<br>Attn: Managing Agent<br>4407 Bland Road<br>Raleigh, NC 27609 | | | Disputed | | | $102,670.67 |
| Helena Chemical Company<br>Attn: Manager or Agent<br>P.O. Box 4003<br>West Columbia, SC 29171 | | | | | | $102,488.32 |
| Rain and Hail, LLC<br>Attn: Manager or Agent<br>P.O. Box 40219<br>Raleigh, NC 27619 | | | | | | $93,059.00 |
| Hairr's Litter Service, Inc.<br>Attn: Manager or Agent<br>675 Britt Road<br>Newton Grove, NC 28366 | | | | | | $78,143.00 |
| East Coast Agri-Tech., Inc.<br>Attn: Manager or Agent<br>3164 Gov Moore Rd.<br>Clinton, NC 28328 | | | | | | $73,980.41 |
| TRP CPA's, PLLC<br>Attn: Manager or Agent<br>110 Commerce Drive<br>Dunn, NC 28334 | | | Disputed | | | $62,033.84 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor   John Hudson Farms, Inc.
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Farm Pak Products, Inc.<br>Attn: Manager or Agent<br>7840 Old Bailey Highway<br>Spring Hope, NC 27882 | | Sweet Potatoes at FarmPak | | $50,000.00 | $775,000.00 | $50,000.00 |
| Axis Corrugated Container<br>Attn: Manager or Agent<br>201 Industrial Drive<br>Butner, NC 27509 | | | | | | $41,667.03 |
| Eluvia Perez<br>2019 Pineview Cemetery Road<br>Seven Springs, NC 28578 | | contract labor | | | | $37,887.12 |
| Champion Seed Company<br>Attn: Manager or Agent<br>P.O. Box 206<br>Faison, NC 28341 | | | | | | $34,670.48 |
| Perez Trucking<br>Attn: Manager or Agent<br>855 Maxton Bass Rd<br>Newton Grove, NC 28366 | | | | | | $33,654.42 |
| John Deere Financial<br>Attn: Manager or Agent<br>P.O. Box 4450<br>Carol Stream, IL 60197 | | | | | | $33,412.66 |

# United States Bankruptcy Court
**Eastern District of North Carolina - Fayetteville Division**

In re: John Hudson Farms, Inc.
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: December 31, 2015

/s/ Phillip L. Hudson
Phillip L. Hudson/Secretary
Signer/Title

```
JOHN HUDSON FARMS, INC.            TRAWICK H. STUBBS, JR.            SECURITIES & EXCHANGE COM
553 ROSIN HILL ROAD                STUBBS & PERDUE, P.A.             OFFICE OF REORGANIZATION
NEWTON GROVE, NC 28366             PO BOX 1654                       950 E PACES FERRY RD NE 900
                                   NEW BERN, NC 28563                ATLANTA, GA 30326-1382


SECRETARY OF TREASURY              NC DEPT OF REVENUE                UNITED STATES ATTORNEY
ATTN: MANAGING AGENT               ATTN: MANAGING AGENT              ATTN: CIVIL PROCESS CLERK
1500 PENNSYLVANIA AVE NW           PO BOX 1168                       310 NEW BERN AVENUE
WASHINGTON, DC 20220               RALEIGH, NC 27602                 FEDERAL BLDG SUITE 800
                                                                     RALEIGH, NC 27601-1461


INTERNAL REVENUE SERVICE           IRS                               ATTORNEY GENERAL
ATTN: MANAGING AGENT               ALAMANCE BLDG MAIL STOP 24        950 PENNSYLVANIA AVENUE NW
PO BOX 7346                        4905 KOGER BLVD                   WASHINGTON, DC 20530
PHILADELPHIA, PA 19101-7346        GREENSBORO, NC 27407-2734


N.C. DEPT. OF COMMERCE, DES        AGCO FINANCE, LLC                 AGRICREDIT
ATTN:  MANAGER OR AGENT            ATTN:  MANAGER OR AGENT           ATTN: MANAGER OR AGENT
P.O. BOX 26504                     P.O. BOX 9263                     PO BOX 2000
RALEIGH, NC 27611                  DES MOINES, IA 50306-9263         JOHNSTON, IA 50131-0020


AGRICULTURE PROGRAM SVC., INC      ENRIQUE ALVAREZ                   ATLANTIC COAST TOYOTALIFT
ATTN:  MANAGER OR AGENT            LOC SAN JOSE DE GALINAS           ATTN:  MANAGER OR AGENT
P.O. BOX 801                       RIOVERDE SLP  79607               P.O. BOX B
WARSAW, NC 28398                   MEXICO                            HIGH POINT, NC 27261


ARTURO MEDRANO AVALOS              HERNAN M. AVALOS                  AXIS CORRUGATED CONTAINER
SAN JOSE DE GALLINAS               C MIRAMAR 2 P IND SAN JOSE DE     ATTN:  MANAGER OR AGENT
RIO VERDE SLP 79607                RIO VERDE SLP 79610               201 INDUSTRIAL DRIVE
MEXICO                             MEXICO                            BUTNER, NC 27509


GABRIEL A. BAEZ                    JOSE BAEZ                         JOSE JOAQUIN E. BAEZ
LOC SAN JOSE DE GALINAS            554 MAXTON BASS ROAD              554 MAXTON BASS ROAD
RIOVERDE SLP  79610                NEWTON GROVE, NC 28366            NEWTON GROVE, NC 28366
MEXICO


JOHN BAREFOOT                      TIMMY BAREFOOT                    GLADYS BASS
1211 E. BAREFOOT ROAD              174 FIVE POINTS ROAD              155 FAYETTEVILLE HWY.
NEWTON GROVE, NC 28366             BENSON, NC 27504                  GODWIN, NC 28344


KELLY BASS                         MARSHA BASS                       ELEAZAR T. BENAVIDES
3117 ROANOKE ROAD                  1180 PLAINVIEW HIGHWAY            LOC LA NORIA
CLINTON, NC 28328                  GODWIN, NC 28344                  RIO VERDE SLP  79310
                                                                     MEXICO
```

JIMMY BEST  
439 JB WILSON ROAD  
NEWTON GROVE, NC 28366

ABEL BLANCO  
554 MAXTON BASS ROAD  
NEWTON GROVE, NC 28366

SAUL AVALOS BLANCO  
LOC SAN JOSE DE GALLINAS  
RIOVERDE SLP 79610  
MEXICO

MARY BRITT  
2318 ROSIN HILL ROAD  
NEWTON GROVE, NC 28366

SUE BRITT  
4870 ROSIN HILL ROAD  
NEWTON GROVE, NC 28366

WILLIAM BULLARD  
4137 MANLY SMITH ROAD  
ROSEBORO, NC 28382

TERESA P. CAMPBELL  
214 W. THICKET DRIVE  
ANGIER, NC 27501

CAPE FEAR LIFT TRUCKS  
ATTN: MANAGER OR AGENT  
1200 S. EASTERN BLVD.  
FAYETTEVILLE, NC 28306

CAROLINA EASTERN 2014  
ATTN: MANAGER OR AGENT  
8858 NC 96 S.  
BENSON, NC 27504

CAROLINA ICE COMPANY  
ATTN: MANAGER OR AGENT  
2466 OLD POOLE ROAD  
KINSTON, NC 28504

ADDIE CARR  
3053 ROANOKE ROAD  
CLINTON, NC 28328

BETTY CARR  
505 CAROLINA AVENUE  
CLINTON, NC 28328

LOUETTA CARR  
P.O. BOX 1012  
CLINTON, NC 28328

FRANCES CARWILE  
3812 WINONA DRIVE  
ORLANDO, FL 32812

RAFAEL C. CASTANON  
LOC LA REFORMA  
FERNANDEZ SLP 79650  
MEXICO

WILLIAM SAUL CATETE  
C PROCION 237 FRACCC DEL LLANO  
SAN LUIS POTOSI SLP 78377  
MEXICO

CECIL'S EXXON  
ATTN: MANAGER OR AGENT  
P.O. BOX 43  
NEWTON GROVE, NC 28366

CHAMPION SEED COMPANY  
ATTN: MANAGER OR AGENT  
P.O. BOX 206  
FAISON, NC 28341

LAURIE CHANCY  
1131 TIMOTHY ROAD  
DUNN, NC 28334

CHARLOTTE B. HUDSON  
755 ROSIN HILL ROAD  
NEWTON GROVE, NC 28366

CRISTOBAL V. CHAVARRI  
LOC TANQUE DE SANJUAN  
RIOVERDE SLP 79602  
MEXICO

EDWIN CHAVARRIA  
2270 GIDDENSVILLE ROAD  
FAISON, NC 28341

AMILCAR CHILEL  
514 SEVEN BRANCH ROAD  
WILLARD, NC 28478

CIRCLE APPLIANCE CO.  
ATTN: MANAGER OR AGENT  
P.O. BOX 68  
NEWTON GROVE, NC 28366

CLIFTON SEED COMPANY  
ATTN: MANAGER OR AGENT  
P.O. BOX 206  
FAISON, NC 28341

CLINTON TRK & TRACTOR CO., INC  
ATTN: MANAGER OR AGENT  
107 NORTHEAST BLVD.  
CLINTON, NC 28328

MARTIN S. CORDOVA  
EJ SAND IGNACIO  
GUADALCAZAR SLP 78880  
MEXICO

CROP PRODUCTION SERVICE
ATTN: MANAGER OR AGENT
345 PUGH ROAD
CLINTON, NC 28328

CROSS CREEK SEEDS, INC.
ATTN: MANAGER OR AGENT
2000 VASS ROAD
RAEFORD, NC 28376

JOAN DAUGHTRY
325 HAY STREET, UNIT 301
FAYETTEVILLE, NC 28301

MADELINE DAUGHTRY
6800 WADE STEDMAN ROAD
WADE, NC 28395

RAEFORD DAUGHTRY
267 WARREN MILL ROAD
NEWTON GROVE, NC 28366

DE LAGE LANDEN
ATTN: MANAGER OR AGENT
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

DEL AL ASSOCIATES, INC.
ATTN: MANAGER OR AGENT
880 FLORDON DR.
CHARLOTTESVILLE, VA 22901

DENNING HEIRS
218 BRIARCLIFF LANE
CARY, NC 27511

GUY DENNING
1968 MOUNT OLIVE HIGHWAY
NEWTON GROVE, NC 28366

ANTONIO DIAZ
420 W. SACHEL STREET
BURGAW, NC 28425

JORGE DIAZ
C JACARANDAS 213 COL EL
RIOVERDE SLP  79617
MEXICO

REYMUNDO CRUZ DIAZ
C JACARANDAS 2013 COL EL
RIOVERDE SLP 79617
MEXICO

DIRECTV
ATTN: MANAGER OR AGENT
PO BOX 11732
NEWARK, NJ 07101-4732

JUAN JOSE DOMINGO
146 COUSIN FANNIE ROAD
FAISON, NC 28341

IVAN DOMINGUEZ
C LUCIO CABANAS MZ 1 21 COL
ECATEPEC 55055
MEXICO

DOUBLE D
ATTN: MANAGER OR AGENT
2348 ASH DAVIS ROAD
PINK HILL, NC 28572

DUKE ENERGY PROGRESS
ATTN: MANAGER OR AGENT
P.O. BOX 1003
CHARLOTTE, NC 28201-1003

EAST COAST AGRI-TECH., INC.
ATTN: MANAGER OR AGENT
3164 GOV MOORE RD.
CLINTON, NC 28328

FRANCISCO ESCOBAR
230 KELLER AVENUE
SANTA ANA, CA 92707

CESAR ESPINOSA
LOC SAN JOSE DE GALLINAS
RIOVERDE SLP  79610
MEXICO

JACABO M. ESPINOZA
LOC SAN JOSE DE GALLINAS
RIOVERDE SLP 79603
MEXICO

FARM PAK PRODUCTS, INC.
ATTN: MANAGER OR AGENT
7840 OLD BAILEY HIGHWAY
SPRING HOPE, NC 27882

FARM SERVICE AGENCY
ATTN: MANAGING AGENT
4407 BLAND ROAD
RALEIGH, NC 27609

FCCI INSURANCE GROUP
ATTN: MANAGER OR AGENT
P.O. BOX 405563
ATLANTA, GA 30384

FIRST CITIZENS
ATTN: MANAGING AGENT
305 BROAD STREET
NEW BERN, NC 28560

FIRST CITIZENS BANK
ATTN: BARRY DUMSER
DAC 36
P.O. BOX 25187
RALEIGH, NC 27611-5187

G & R FARMS
ATTN: MANAGER OR AGENT
668 S. ELDRIDGE ROAD
NEWTON GROVE, NC 28366

JOSE LUIS GALVAN
CALLE BRACO S/N LOC LA TAPONA
RIO VERDE SLP 79610
MEXICO

JUAN JOSE GALVAN
553 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

MAURO GALVAN
LOC LA TAPONA
RIO VERDE SLP 79603
MEXICO

RUBEN RODRIGUEZ GALVAN
CALLE BRAVO S/N LA TAPONA
RIO VERDE SLP 79603
MEXICO

GERALD WARREN FARMING
ATTN:  MANAGER OR AGENT
P.O. BOX 223
NEWTON GROVE, NC 28366

GETSCO, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 159
MIDDLESEX, NC 27557

JACOB GIDDENS
P.O. BOX 542
NEWTON GROVE, NC 28366

JACOB GIDDENS
2577 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

WENDY HUDSON GIDDENS
2577 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

CHARLIE GODWIN
2194 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

DAVID GODWIN
8730 HWY. 701S
NEWTON GROVE, NC 28366

PHILLIPGODWIN
2116 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

MARIO GOMEZ
554 MAXTON BASS ROAD
NEWTON GROVE, NC 28366

SANTOS GOMEZ
106 COVEY DRIVE
LA GRANGE, NC 28551

ADOLFO GONZALEZ
554 MAXTON BASS ROAD
NEWTON GROVE, NC 28366

BENITO GONZALEZ
LOC TENTIC
CHAMULA CHIS  29320
MEXICO

ERASMO GONZALEZ
C VENUSTIANO CARRANZA SN LOC
CHIGNAHUAPAN PUE 73302
MEXICO

JORGE GONZALEZ
2270 GIDDENSVILLE ROAD
FAISON, NC 28341

JUAN ADRIAN GONZALEZ
LOC SALADITO S/N
CEDRAL SLP 78538
MEXICO

JUAN PABLO O. GONZALEZ
554 MAXTON BASS ROAD
NEWTON GROVE, NC 28366

NIBARDO GONZALEZ
1782 THOMSON ROAD
FOUR OAKS, NC 27524

RIGOBERTO O. GONZALEZ
LOC SALADITO
CEDRAL SLP 78538
MEXICO

GREAT AMERICAN INSURANCE COMPA
ATTN:  MANAGER OR AGENT
3923 SOLUTIONS CENTER
CHICAGO, IL 60677-3009

HAIRR'S LITTER SERVICE, INC.
ATTN:  MANAGER OR AGENT
675 BRITT ROAD
NEWTON GROVE, NC 28366

JUNE HAIRR
675 BRITT ROAD
NEWTON GROVE, NC 28366

TIMMY HAIRR
675 BRITT ROAD
NEWTON GROVE, NC 28366

BETTY HARGROVE
904 ENSWORTH ROAD
WILSON, NC 27896

HELENA CHEMICAL COMPANY
ATTN: MANAGER OR AGENT
P.O. BOX 4003
WEST COLUMBIA, SC 29171

FRANCISCO HERNANDEZ
90 SEVEN BRANCH ROAD
WILLARD, NC 28478

JOSE MANUEL FLORES HERNAN
CALLE VILLAS DE ORO 147 COL
SAN LUIS POTOSI SLP 78110
MEXICO

LUIS ALBERTO HERNANDEZ
LOC SAN JOSE DE GALLINAS
RIOVERDE SLP 79610
MEXICO

MARCOS HERNANDEZ
2270 GIDDENSVILLE ROAD
FAISON, NC 28341

MARTIN FLORES HERNANDEZ
LOC LOS CHARCO BLANCO
GUADALCAZAR SLP 78876
MEXICO

MEDARDO N. HERNANDEZ
4279 SOUTH A. STREET
LAKE WORTH, FL 33461

HG3, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 410
NEWTON GROVE, NC 28366

DON HINSON
P.O. BOX 115
NEWTON GROVE, NC 28366

HONEYCUTT ENTERPRISE, INC.
ATTN: MANAGER OR AGENT
187 HUDSONTOWN ROAD
DUNN, NC 28334

CHARLOTTE B. HUDSON
755 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

JEREMY HUDSON
P.O. BOX 410
NEWTON GROVE, NC 28366

JOSHUA HUDSON
2661 ELDRIDGE ROAD
NEWTON GROVE, NC 28366

PHILLIP L. HUDSON
P.O. BOX 410
NEWTON GROVE, NC 28366

INTERNATIONAL MINUTE PRESS
ATTN: MANAGER OR AGENT
103 MORRISEY BLVD.
CLINTON, NC 28328

AB JACKSON
1960 MINGO CHURCH ROAD
GODWIN, NC 28344

ANDREW M. JACKSON
P.O. BOX 27
CLINTON, NC 28329

HOMER JACKSON
2567 ELDRIDGE ROAD
NEWTON GROVE, NC 28366

JAMES JACKSON
C/O WAYNE JOHNSON
8919 WEST TELFAIR CIRCLE
WILMINGTON, NC 28412

JAMES E. JACKSON
C/O WAYNE JOHNSON
8919 WEST TELFAIR CIRCLE
WILMINGTON, NC 28412

VANCE JACKSON
1046 HUDSONTOWN ROAD
DUNN, NC 28334

JAMES S. LIVERMON, III
POYNER SPRUILL
P.O. BOX 353
ROCKY MOUNT, NC 27802

RAUL JARAMILLO
406 SPENCER ROAD
FAISON, NC 28341

JESS RITE, INC.
ATTN: MANAGER OR AGENT
1305 SOUTH BRIGHTLEAF BLVD.
SMITHFIELD, NC 27577

FLORENTINO JIMENEZ
553 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

JULIAN JIMENEZ
CALLE VALLE BONITO #123 FRACC
GUADALUPE NL 67114
MEXICO

JOHN DEERE FINANCIAL
ATTN: MANAGER OR AGENT
P.O. BOX 4450
CAROL STREAM, IL 60197

JOHN L. HUDSON TRUST AGREEMENT
755 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

JOHN L. HUDSON, JR. TRUST
ATTN:  CHARLOTTE B. HUDSON, TR
755 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

JOHNNIE SHEPPARD EQUIP. CO
ATTN:  MANAGER OR AGENT
P.O. BOX 122
PINK HILL, NC 28572

PEGGY JOHNSON
P.O. BOX 198
ERWIN, NC 28339

PEGGY J. JOHNSON
P.O. BOX 198
ERWIN, NC 28339

ANDRES JUAN
318 SEVEN MILE CHURCH ROAD
NEWTON GROVE, NC 28366

MIGUEL JUAN
90 SEVEN BRANCH ROAD
WILLARD, NC 28478

KATHERINE BARFIELD TRUST
C/O DOUGLAS P. CONNOR, TRUSTEE
209 N. CENTER STREET
MOUNT OLIVE, NC 28365

VERNA MAE KEENE
1688 RAYNOR MILL ROAD
MOUNT OLIVE, NC 28365

KATHY BASS LANE
3217 ROANOKE ROAD
CLINTON, NC 28328

SANTIAGO O. LARA
LOC SALADITO SN
CEDRAL SLP 78538
MEXICO

JUDY LEE
329 ALONZO ROAD
NEWTON GROVE, NC 28366

LAURA W. LEE
2612 HIDDEN COVE
WILMINGTON, NC 28411

ADAN LOPEZ
512 WEST MAIN STREET A
FAISON, NC 28341

BENITO LOPEZ
414 SEVEN BRANCH
WILLARD, NC 28478

JUAN RODRIGUEZ M
LOC LAGUNA DE GUADALUPE
SAN FELIPE GTO  37610
MEXICO

MACK'S PLUMBING
ATTN:  MANAGER OR AGENT
244 TIMOTHY ROAD
DUNN, NC 28334

MARTIN GUADALUPE O. GARCIA
CALLE AQUILES SERDAN S/N LO
CD FERNANDEZ SLP  79650
MEXICO

CANDELARIO S. MARTINEZ
LOC LA TAPONA
RIO VERDE SLP 79603
MEXICO

CARL MASSEY
285 MASSEY ROAD
NEWTON GROVE, NC 28366

BETTY LOU MCLAMB
2737 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

EVELYN MCLAMB
114 EAST G STREET
BUTNER, NC 27509

ROY C. MCLAMB
2737 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

LINDA D. MCLAURIN
5735 DUNN ROAD
HAMLET, NC 28345

GASPAR MENDEZ
825 SOUTH H STREET HI APT 2
LAKE WORTH, FL 33460

EDGAR ORDONEZ MENDOSA
825 SOUTH H STREET HI APT 2
LAKE WORTH, FL 33461

EDGAR OMAR J. MENDOZA
825 SOUTH H STREET HI APT 2
LAKE WORTH, FL 33461

MONTICELLO INVESTMENT COMPANY
ATTN:  MANAGER OR AGENT
7301 CARMEL EXECUTIVE PARK
SUITE 22
CHARLOTTE, NC 28226

JAIME V. MORALES
2346 PINEWAY DRIVE
WEST PALM BEACH, FL 33415

LETICIA MORALES
2270 GIDDENSVILLE ROAD
FAISON, NC 28341

MELVIN A. MORALES
4279 NORTH A STREET
LAKE WORTH, FL 33461

LUIS G. MOTA
LOC TECOYUCA SN
CHIGNAHUAPAN PUE 73300
MEXICO

MWI ANIMAL HEALTH
ATTN:  MANAGER OR AGENT
P.O. BOX 840537
DALLAS, TX 75284-0537

NARRON, O'HALE & WHITTINGTON
ATTN:  MANAGER OR AGENT
P.O. BOX 1567
SMITHFIELD, NC 27577

MARGARITO NAVA
154 SEVEN BRANCH ROAD
WILLARD, NC 28478

NC DEPT. AGRI & CONSUMER S
ATTN:  MANAGER OR AGENT
P.O. BOX 27647
RALEIGH, NC 27611

NC FARM BUREAU
ATTN:  MANAGER OR AGENT
P.O. BOX 27427
RALEIGH, NC 27611

LEWIS V. NEWKIRK
9943 GARLAND HIGHWAY
CLINTON, NC 28328

JUAN JOSE MORALES OLVERA
LOC TECOYUCA
CHIGNAHUAPAN PUE 73300
MEXICO

ARMANDO PACHECO
C LUCIO CABANAS SN LOC SAN
CHIGNAHUAPAN PUE 73300
MEXICO

PARKER GAS CO., INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 159
NEWTON GROVE, NC 28366

GAIL PARKER
1050 US 701 S
FOUR OAKS, NC 27524

BILLY MITCHELL PARSON
82 TRUE BLUE DRIVE
BROADWAY, NC 27505

MATEO PATISCHTAN
2270 GIDDENSVILLE ROAD
FAISON, NC 28341

BENJAMIN M. PATISHTA
LOC SAN NICOLAS BUENA VISTAS
ZINACANTAN CHIS 29350
MEXICO

WAYNE PEARSON
406 PARKER DRIVE
CLINTON, NC 28328

HUGO PECINA
LOC SAN IGNACIO
GUADALCAZAR SLP 78870
MEXICO

PENN LAW FIRM, PLLC
ATTN:  MANAGER OR AGENT
5812 WOODBERRY DRIVE
MIDLAND, MI 48640

PEREZ TRUCKING
ATTN:  MANAGER OR AGENT
855 MAXTON BASS RD
NEWTON GROVE, NC 28366

ELUVIA PEREZ
2019 PINEVIEW CEMETERY ROAD
SEVEN SPRINGS, NC 28578

JOSE PEREZ
406 SPENCER ROAD
FAISON, NC 28341

JOSE GUADALUPE PEREZ PEREZ
LOC SAN JOSE DE GALLINAS
RIO VERDE SLP 79603
MEXICO

FILBERTO PEREZ, JR.
855 MAXTON ROAD
NEWTON GROVE, NC 28366

JUAN PEREZ
80 OLD SCHOOL LANE
NEWTON GROVE, NC 28366

| | | |
|---|---|---|
| LUCINDA PEREZ<br>645 38TH STREET<br>WEST PALM BEACH, FL 33402 | PASCUAL PEREZ<br>1782 THOMPSON ROAD<br>FOUR OAKS, NC 27524 | ROLANDO R. PEREZ<br>158 SEVEN BRANCH ACRE ROAD<br>WILLARD, NC 28478 |
| BERNARDO F. PESCINA<br>LOC SAN IGNACIO<br>GUADALCAZAR SLP 79603<br>MEXICO | PHILLIP L. HUDSON<br>PO BOX 410<br>NEWTON GROVE, NC 28366 | PHILLIP L. HUDSON<br>P.O. BOX 410<br>NEWTON GROVE, NC 28366 |
| PSI PETROLEUM SERVICES, INC.<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 53968<br>FAYETTEVILLE, NC 28305 | RAIN AND HAIL, LLC<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 40219<br>RALEIGH, NC 27619 | RAINMAN IRRIGATION<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 1137<br>MOUNT OLIVE, NC 28365 |
| MARIO DAVID RAMIRES<br>55 STREET<br>LAKE WORTH, FL 33461 | ISIDRO RAMIREZ<br>403 SPENCER ROAD<br>FAISON, NC 28341 | PEDRO GASPAR RAMIREZ<br>2346 PINEY WAY DRIVE<br>WEST PALM BEACH, FL 33402 |
| SERAFIN L. RAMOS<br>90 SEVEN BRANCH ROAD<br>WILLARD, NC 28478 | RAMSAY, BRIDGFORTH, ET AL<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 8509<br>PINE BLUFF, AR 71611-8509 | REGIONS BANK<br>ATTN: MANAGER, AGT OR OFFI<br>2700 GLENWOOD AVENUE<br>SUITE 200<br>RALEIGH, NC 27612 |
| REGIONS BANK<br>ATTN: MANAGING AGENT<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-2521 | ANTOLIN A. RIVERA<br>LOC LA TAPONA<br>SLP 79600<br>MEXICO | JORGE R. RIVERA<br>LOC LA NORIA<br>FERNANDEZ SLP 79650<br>MEXICO |
| DAMIAN LOPEZ ROA<br>RANCHERIA CFE LA MARTINICA<br>TLAXCO TLAX 90250<br>MEXICO | ROBERTS MACHINE & SUPPLY<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 618<br>MOUNT OLIVE, NC 28365 | ROBINSON & SON MACHINE, IN<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 2337<br>CLINTON, NC 28329 |
| BAUDILIO GARCIA ROBLERO<br>90 SEVEN BRANCH ROAD<br>WILLARD, NC 28478 | DAVID HERNANDEZ ROBLES<br>LOC SAN JOSE DE LAS FLORES<br>RIO VERDE SLP<br>MEXICO | RODOLFO B. RODRIQUEZ<br>LOC SAN JOSE DE GALLINAS<br>RIO VERDE SLP 79603<br>MEXICO |
| JACKSON ROSE<br>5717 CRENSHAW DRIVE<br>HOPE MILLS, NC 28348 | MARY CLARE ROSE<br>12763 WESTWOOD LAKES BLVD.<br>TAMPA, FL 33626 | ROSIN HILL AUTOMOTIVE<br>ATTN: MANAGER OR AGENT<br>114 ROSIN HILL ROAD<br>NEWTON GROVE, NC 28366 |

ROSIN HILL FARMS, INC.
ATTN:  MANAGER OR AGENT
553 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

ROBERTO GOMEZ RUIZ
LOC SAN ANTIONIO BELLA VISTA
TEOPISCA CHIS 29410
MEXICO

SAMPSON CO. PUBLIC WORKS
ATTN:  MANAGER OR AGENT
P.O. BOX 580015
CHARLOTTE, NC 28258

BERNABE P. SANCHEZ
LOC SAN JOSE DE GALLINAS
RIO VERDE SLP 79610
MEXICO

ABELINO SANTIZ
645 38TH STREET
WEST PALM BEACH, FL 33402

SEEDWAY, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 28918
NEW YORK, NY 10087-8918

SERGIO AARON J. MENDOZA
CALLE FIDEL VELAZQUEZ S/N COL
HUALAHUISES NL  67880
MEXICO

JOEL VILLAFUERTE SEVERO
P.O. BOX 437
NEWTON GROVE, NC 28366

SHERIF Y. ISKANDER, CPA, PA
ATTN:  MANAGER OR AGENT
P.O. BOX 11009
GOLDSBORO, NC 27532

FRANCES MERRITT SHIPP
5455 ROANOKE ROAD
NEWTON GROVE, NC 28366

SHORT STOP FOOD MARTS
ATTN:  MANAGER OR AGENT
1007 ARSENAL AVE.
FAYETTEVILLE, NC 28305

SANTOS S. SIERRA
645 38TH STREET
WEST PALM BEACH, FL 33402

SOUTH RIVER ELECTRIC M'SHIP
ATTN:  MANAGER OR AGENT
P.O. BOX 931
DUNN, NC 28335

SOUTHERN CONTAINER CORP.
ATTN:  MANAGER OR AGENT
P.O. BOX 216
WILSON, NC 27893

STAR COMMUNICATIONS
ATTN:  MANAGER OR AGENT
P.O. BOX 348
CLINTON, NC 28329

STAR VISION
ATTN:  MANAGER OR AGENT
P.O. BOX 319
CLINTON, NC 28329

LUTHER D. STARLING, JR.
ATTORNEY FOR CPS
P.O. DRAWER 1960
SMITHFIELD, NC 27577

STATE PEST CONTROL, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 1047
CLINTON, NC 28329

STRICKLAND BROS. ENTERPRISES,
P.O. BOX 536
SPRING HOPE, NC 27882

STUBBS & PERDUE, P.A.
310 CRAVEN STREET
PO BOX 1654
NEW BERN, NC 28563-1654

LEIGH SUMNER
190 SUMNER HOBBS LANE
NEWTON GROVE, NC 28366

TAGS
ATTN:  MANAGER OR AGENT
620 S. BROADWAY
LEXINGTON, KY 40508

TERRY KING ENTERPRISES
ATTN:  MANAGER OR AGENT
40 NEW KING ROAD
SMITHFIELD, NC 27577

SANDRA D. TEW
1013 ASHBURY ROAD
FAYETTEVILLE, NC 28312

JAXIE THORNTON
121 CANDLEWOOD DRIVE
WALLACE, NC 28466

JEFFREY THORNTON
949 THORNTON ROAD
NEWTON GROVE, NC 28366

TIRES, INC.
ATTN:  MANAGER OR AGENT
317 SE BLVD.
CLINTON, NC 28328

TOI TOI OF NORTH CAROLINA, INC
ATTN:  MANAGER OR AGENT
257 CASTLEBERRY INDUSTRIAL DR
CUMMING, GA 30040

NOE TORRES
554 MAXTON ROAD
NEWTON GROVE, NC 28366

TOWN OF NEWTON GROVE
ATTN:  MANAGER OR AGENT
P.O. BOX 4
NEWTON GROVE, NC 28366

TRIPLE T
ATTN:  MANAGER OR AGENT
P.O. BOX 2064
WILMINGTON, NC 28402

TRP CPA'S, PLLC
ATTN:  MANAGER OR AGENT
110 COMMERCE DRIVE
DUNN, NC 28334

US CELLULAR
ATTN:  MANAGER OR AGENT
DEPT 0205
PALATINE, IL 60055-0205

ELIAN VASQUEZ
406 SPENCER ROAD
FAISON, NC 28341

EDGARDO C. VEGA
LOC SAN JOSE DE GALINAS
CD DEL MAIZ SLP 79610
MEXICO

PABLO VELASQUEZ VELASQUEZ
125 LIBERTY ROAD
SHALLOTTE, NC 28470

FORTINO VELASQUEZ-M
2270 GIDDENSVILLE ROAD
FAISON, NC 28341

JOSE G. VELAZQUEZ
RANCHERIA CFE LA MARTINICA
TLAXCO TLAX 90250
MEXICO

REVECA VELAZQUEZ
715 SEVEN BRANCH
WILLARD, NC 28478

J.MARCELO RODRIGUEZ VENTURA
LOC LA TAPONA
RIO VERDE SLP 79603
MEXICO

VERIZON WIRELESS
ATTN:  MANAGER OR AGENT
P.O. BOPX 660108
DALLAS, TX 75266

VINCENTE A. VILLAGRAN
C GALENAN S/N
URIPITIO MCH 61250
MEXICO

BLAKE WARREN
871 ROSIN HILL ROAD
NEWTON GROVE, NC 28366

CARL WARREN
1684 WARREN MILL ROAD
NEWTON GROVE, NC 28366

CAROLINE WARREN
6691 ENGLISH IVY LANE
RALEIGH, NC 27615

ELOISE P. WARREN
P.O. BOX 795
CLINTON, NC 28328

ETHEL WARREN
2099 WARREN MILL ROAD
NEWTON GROVE, NC 28366

LARRY D. WARREN
125 HARPER HOUSE ROAD
NEWTON GROVE, NC 28366

MARY JO WARREN
818 MAIN STREET
NEWTON GROVE, NC 28366

MARY SUE WARREN
2600 NEWTON GROVE HIGHWAY
NEWTON GROVE, NC 28366

WASTE INDUSTRIES
ATTN: MANAGER OR AGENT
PO BOX 580027
CHARLOTTE, NC 28258-0027

LINDA WEEKS
1029 ASBURY ROAD
FAYETTEVILLE, NC 28301

BETTY WESTBROOK
3781 ROANOKE ROAD
NEWTON GROVE, NC 28366

BOB WESTBROOK
1136 ELDRIDGE ROAD
NEWTON GROVE, NC 28366

```
WILSON'S STORE                    ZIOMARA ZELEDON
ATTN: MANAGER OR AGENT            ESTELO
7424 NEWTON GROVE HWY             JINOTEGA NIC
DUNN, NC 28334                    NICARAGUA
```

# United States Bankruptcy Court
## Eastern District of North Carolina - Fayetteville Division

In re: John Hudson Farms, Inc.
Debtor(s)

Case No.
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for John Hudson Farms, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 31, 2015
Date

/s/ Trawick H. Stubbs, Jr.
Trawick H. Stubbs, Jr.
Signature of Attorney or Litigant
Counsel for John Hudson Farms, Inc.
Stubbs & Perdue, P.A.
PO Box 1654
New Bern, NC 28563
252-633-2700